The Honorable Franklin D. Burgess

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

RICHARD E. STROUPE, II,

               Plaintiff,

    vs.

THE CITY OF OLYMPIA; OLYMPIA
POLICE DEPARTMENT; OLYMPIA
POLICE CHIEF GARY MICHAEL, in his
individual capacity; ROBERT KRASNICAN,
in his individual capacity, RICH ALLEN, in his
individual capacity; and PAUL EVERS, in his
individual capacity;

               Defendants.

NO. C04-5626JKA

**STIPULATION AND ORDER RE
DEFENDANTS' PERSONNEL
RECORDS**

## STIPULATION

Plaintiff, through his attorney of record, stipulates to the following with respect to

the defendant Officers' personnel records. Access to the records shall be limited to the

plaintiff's attorney and necessary staff members in his office and expert witnesses

retained in this case. At the conclusion of the case, all copies of the subject records, or

**STIPULATION & ORDER RE
DEFENDANT'S PERSONNEL
RECORDS   -1**

**CAUSE NO. C04-5626JKA**

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
910 LAKERIDGE WAY S.W.
P.O. BOX 11880
OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511

1   any part thereof, shall be destroyed.

2

3   Date: _____        Date: _____

4   LAW, LYMAN, DANIEL,                LAW OFFICE OF HUGH MCGAVICK
    KAMERRER & BOGDANOVICH, P.S.

5

6   _____        _____
    Donald L. Law WSBA #6122           Hugh J. McGavick WSBA#12047
7   Attorneys for Defendants           Attorney for Plaintiff

8

9                               **ORDER**

10      Plaintiff's access to the personnel records of the defendant Officers shall be limited

11  in accordance with the above Stipulation.

12

13      DATED this 22nd  day of August, 2005.

14

15                                  _*/s/ J. Kelley Arnold*_____
                                    UNITED STATES MAGISTRATE JUDGE
16

17  Presented by:

18  LAW, LYMAN, DANIEL,
    KAMERRER & BOGDANOVICH, P.S.

19

20  _____
    Donald L. Law, WSBA#6122
21  Attorney for Defendants

22  Approved for entry:

23

24  _____
    Hugh J. McGavick, WSBA#12047
25  Attorney for Plaintiff

26

**STIPULATION & ORDER RE**
**DEFENDANT'S PERSONNEL**
**RECORDS   -2**

**CAUSE NO. C04-5626JKA**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*910 LAKERIDGE WAY S.W.*
*P.O. BOX 11880*
*OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*