The Honorable J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| RICHARD E. STROUPE, II,<br><br>                Plaintiff,<br><br>vs.<br><br>THE CITY OF OLYMPIA; OLYMPIA POLICE DEPARTMENT; OLYMPIA POLICE CHIEF GARY MICHAEL, in his individual capacity; ROBERT KRASNICAN, in his individual capacity, RICH ALLEN, in his individual capacity; and PAUL EVERS, in his individual capacity;<br><br>                Defendants. | NO. C04-5626JKA<br><br>**STIPULATION AND ORDER TO AMEND CASE SCHEDULE RE DAMAGES DISCOVERY** |

## STIPULATION

The parties stipulate through their respective attorneys of record to the following: Plaintiff was treated by at least 10 medical providers for various medical conditions, some of which were allegedly related to the subject incident. Obtaining Mr. Stroupe's medical history is necessary for assessment by both sides in the lawsuit. Combined

---

**STIPULATION & ORDER TO AMEND CASE SCHEDULE RE DAMAGES DISCOVERY** -1

**CAUSE NO. C04-5626JKA**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*910 LAKERIDGE WAY S.W.*
*P.O. BOX 11880*
*OLYMPIA, WASHINGTON 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1  efforts by both the attorneys to secure the records of that history have thus far been
2  largely unsuccessful.  Most of the providers are in California and several of them are
3  retired.  Accordingly, the parties need more discovery time with respect to damages
4  witnesses, both lay and expert.  They request that the Scheduling Order be amended to
5  extend the date for disclosure of damages expert testimony from September 21, 2005 to
6  November 7, 2005 and to extend the date for completion of damages discovery from
7  November 20, 2005 to December 23, 2005.

| Date:  September 20, 2005 | Date: September 20, 2005 |
|---|---|
| LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S. | LAW OFFICE OF HUGH MCGAVICK |
| /s/ | /s/ |
| Donald L. Law WSBA #6122<br>Attorneys for Defendants<br>P.O. Box 11880<br>Olympia, WA 98508-1880<br>Telephone: (360) 754-3480<br>Fax: (360) 357-3511<br>e-mail: dlaw@lldkb.com | Hugh J. McGavick WSBA#12047<br>Attorney for Plaintiff<br>1722 Harrison Avenue NE, Suite D<br>Olympia, WA 98502<br>(360) 352-4763<br>Fax: (360) 352-4768<br>e-mail: hjmcg@qwest.net |

## ORDER

The Scheduling Order is amended in accordance with the stipulation.

DATED this 21st day of September, 2005.

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUDGE

Presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

_____
Donald L. Law, WSBA#6122
Attorney for Defendants

**STIPULATION & ORDER TO AMEND CASE SCHEDULE RE DAMAGES DISCOVERY**         -2

CAUSE NO. C04-5626JKA

LAW, LYMAN, DANIEL, KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
910 LAKERIDGE WAY S.W.
P.O. BOX 11880
OLYMPIA, WASHINGTON 98508-1880
(360) 754-3480   FAX: (360) 357-3511