1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

10
11   RICHARD E. STROUPE, II,

12                            Plaintiff,          **Case No.** C04-5626JKA
                v.
13   THE CITY OF OLYMPIA, et al.,                 ORDER GRANTING PLAINTIFF'S
                                                  MOTION FOR CONTINUANCE
14                            Defendants.
15
16

17        THIS MATTER comes before the court on Plaintiff's Motion to Continue Trial Date.  The court has
18   considered all materials submitted in support of and in response to said motion as well as the files and records
19   herein.

20        Plaintiff seeks a three to six month continuance of the trial date (currently set for March 20,2006)
21   in order to complete discovery regarding damages.  Both parties agree that they have been unsuccessful in
22   attempting to secure plaintiff's medical records; neither party alleges anything other than cooperation from the
23   other in this endeavor. Although defendant suggests a continuance would be prejudicial, no showing of specific
24   prejudice has been offered.
25

26        **Accordingly, the court extends all dates set forth in the March 9, 2005 Scheduling Order 90 days**
27   **and reschedules the case for trial Monday, June 26, 2006.**

28                         Dated this 8th  day of December, 2005


                          **/s/ J. Kelley Arnold**_____
                          U.S. Magistrate Judge, J. Kelley Arnold

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28