# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

RICHARD E. STROUPE, II,

               Plaintiff,

   v.

THE CITY OF OLYMPIA et al.,

               Defendants.

Case No. C04-5626JKA

ORDER AUTHORIZING PERPETUATION DEPOSITION

     THIS MATTER comes before the court on plaintiff's Motion to Compel Perpetuation Deposition Testimony. The court has considered all materials submitted in support of and in response to said motion.

     IT IS HEREBY ORDERED that plaintiff's motion to compel the perpetuation deposition testimony of U.S. Department of Veterans Affairs clinical psychologist, Kellie M. Condon, Ph.D, is granted. Dr. Condon and the Department shall cooperate with counsel for the parties in this case to arrange for a mutually convenient, minimally disruptive time to schedule Dr. Condon's perpetuation deposition testimony.

     IT IS FURTHER ORDERED that Dr. Condon and the Department cooperate with counsel to arrange for telephonic discovery depositions of Dr. Condon and Surya-Rao Pakalapati, M.D., to be taken by defense counsel at least three days in advance of the perpetuation deposition and that the Department provide both counsel with complete copies of all plaintiff's medical records held by the Department.

     IT IS FURTHER ORDERED that in the event a perpetuation deposition of Dr. Condon is conducted, defendants will have 30 days thereafter to identify a defense medical expert in response to Dr. Condon.

                                        July 17, 2006

                                        */s/ J. Kelley Arnold*
                                        J. Kelley Arnold
                                        United States Magistrate Judge