# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

RICHARD E. STROUPE, II.,

              Plaintiffs,

v.

THE CITY OF OLYMPIA et al.,

              Defendants.

**Case No.**  C04-5626 JKA

ORDER ON DEFENDANTS'
MOTION FOR RECONSIDERATION

This matter comes before the Court on Defendants' Motion for Reconsideration of Summary Judgment Order (Doc. #46).

Local Rule 7(h) addresses **Motions for Reconsideration**.

> (1) Standard. Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to the attention earlier with reasonable diligence.
>
> (3) Response. No response to a motion for reconsideration shall be filed unless requested by the court. No motion for reconsideration will be granted without such a request. . . . . . .

Defendants' motion is two-part:

**a. Defendants seek relief from the court's ruling denying the defense of qualified immunity.**

Pursuant to Local Rule 7(h)(1) the *motion is denied*.

**b. Defendants seek relief from the court's identifying Officer Bryan Henry as a defendant**.

Although Local Rule 7(h)(3) technically requires the court to invite a response before granting relief on a motion for reconsideration, the court can take judicial notice of the fact that Bryan Henry is not a named defendant, apologize for the error, and grant the relief requested without requiring a response.

ORDER
Page - 1

1
2
3   Accordingly the *motion to reconsider is granted with regard to Officer Bryan Henry and the Court's Order of August 24 (Doc.#44) is amended to the extent it references Officer Henry as a named defendant.*

4
5              Dated this 25th day of August 2006.

6
7              /s/ J. Kelley Arnold
8              J. Kelley Arnold, U.S. Magistrate Judge