# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RICHARD E. STROUPE, II,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE CITY OF OLYMPIA; et al.,<br><br>　　　　　　　　Defendants. | NO. C 04-5626JKA<br><br>**STIPULATION AND ORDER RE MEDIATION DATE** |

## STIPULATION

The parties, through their respective attorneys of record, stipulate that the last date for mediation currently set for August 24, 2006, pursuant to the Amended Scheduling Order, shall be extended to September 20, 2006. The parties have arranged for a mediation with Phillip R. Sloan on that date.

Date: August 24th , 2006                    Date: August 24th , 2006

LAW, LYMAN, DANIEL,                         LAW OFFICE OF HUGH MCGAVICK
KAMERRER & BOGDANOVICH, P.S.

/s/                                                           /s/
Donald L. Law, WSBA № 6122               Hugh McGavick, WSBA № 12047
Attorney for Defendants                           Attorney for Plaintiff
P.O. Box 11880                                        1722 Harrison Avenue NE, Suite D
Olympia, WA 98508-1880                       Olympia, WA 98502
Telephone: (360) 754-3480;                     Telephone: (360) 352-4763
Fax: (360) 357-3511                                 Fax: (360) 352-4768
E-mail: dlaw@lldkb.com                         E-mail: hjmcg@qwest.net

STIPULATION AND ORDER
RE MEDIATION DATE - 1

CAUSE No. C04-5626JKA

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

# ORDER

Pursuant to the stipulation, IT IS HEREBY ORDERED that the last date for mediation is extended to September 20, 2006.

DATED this 25th day of August, 2006.

        */s/ J. Kelley Arnold*
J. Kelley Arnold, U.S. Magistrate Judge

Presented by:

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.

    /s/
Donald L. Law, WSBA Nº 6122
Attorney for Defendants

Approved for entry:

    /s/
Hugh McGavick, WSBA Nº 12047
Attorney for Plaintiff

STIPULATION AND ORDER
RE MEDIATION DATE - 2

CAUSE No. C04-5626JKA

*LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.*
ATTORNEYS AT LAW
2674 RW JOHNSON RD., TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480   FAX: (360) 357-3511