# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| RICHARD E. STROUPE, II, | NO. C04-5626JKA |
| Plaintiff, | ORDER GRANTING JOINT MOTION IN LIMINE |
| vs. | |
| THE CITY OF OLYMPIA; et al., | |
| Defendants. | |

THIS MATTER comes before the Court on the joint Motion in Limine. The Court has considered all materials submitted in support of and in response to the motion and the file herein.

IT IS HEREBY ORDERED that the Joint Motion in limine is GRANTED. No evidence or testimony, opinions, comments, argument, statements or questions by counsel, by any witnesses, or by the parties, directly or indirectly or by inference shall be offered or made in the presence of the jury on the items listed below. Counsel and the parties are directed to inform all witnesses called of the prohibition against testimony on these subjects.

1. References to insurance.

2. Reference to or Reassertion of claims that were dismissed as a matter of law on summary judgment.

ORDER GRANTING JOINT
MOTION IN LIMINE - 1

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

3. Arguments and inferences outside the record for "political" effect against the City of Olympia or the Police Department.

4. Other incidents, lawsuits or damages claims involving the Olympia Police Department or its Officers.

5. Other incidents involving other police departments.

6. Allusions to "scandal" or alleged public perception of the Olympia Police Department or the City of Olympia.

7. That one side has not called to testify as a witness any person equally available to both parties.

8. Settlement negotiations.

9. Plaintiff's current marital status.

10. Plaintiff's application in about 1970-01 for a discharge from the U.S. Navy on the grounds that he was a conscientious objector.

11. Plaintiff's psychological examination as part of the conscientious objector evaluation process.

12. Plaintiff's prior lawsuit in Thurston County against a judge and Washington State Patrol Trooper in 1978.

13. Any prior arrest or conviction of a crime not related to moral turpitude without first bringing it to the attention of the Court.

14. Internal Revenue Service records.

15. California child support enforcement action in approximately 2000 without first bringing it to the attention of the Court.

16. The fact that motions in limine have been filed.

ORDER GRANTING JOINT
MOTION IN LIMINE - 2

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

1 | The Clerk is directed to send uncertified copies of this Order to all counsel
2 | of record and to any party appearing *pro se* at said party's last known address.
3 | DATED this 20th day of October, 2006.
4 |
5 |                       **/s/ J. Kelley Arnold**
6 |                       United States Magistrate Judge

**ORDER GRANTING JOINT MOTION IN LIMINE - 3**

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON RD., TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*