THE HONORABLE J. KELLEY ARNOLD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD E. STROUPE, III, | Cause No: C04-5626JKA |
| Plaintiff, | |
| v. | |
| THE CITY OF OLYMPIA; OLYMPIA POLICE DEPARTMENT; OLYMPIA POLICE CHIEF GARY MICHAEL, in his individual capacity; ROBERT KRASNICAN, in his individual capacity; RICH ALLEN, in his individual capacity; and PAUL EVERS, in his individual capacity; | ORDER ON PLAINTIFF'S MOTION IN LIMINE |
| Defendants. | |

This matter came on before the Court upon Plaintiff's Motion for an Order in Limine. Having considered the entirety of the records herein, including the materials filed in support and in opposition to this Motion, the Court hereby ORDERS THAT:

LIMINE ORDER - 1

The Law Office of
HUGH J. McGAVICK
1722 Harrison Ave NW, Ste D
Olympia WA 98502
(360) 352-4763
FAX (360) 352-4768

1  Plaintiff's Motion in Limine is hereby GRANTED as to the first issue: There shall be no
2  reference to the whereabouts or missing person status of plaintiff's wife.
3  Plaintiff's Motion in Limine as to the second issue regarding plaintiff's use of recreational
4  drugs is WITHDRAWN.

Dated this 14th day of November, 2006

   /s/ J. Kelley Arnold
THE HONORABLE J. KELLEY ARNOLD
United States Magistrate Judge

Prepared by:

/s/ Hugh J. McGavick
WSBA #12407
LAW OFFICE OF Hugh J. McGAvick
1722 Harrison Avenue, Suite "D"
Olympia, WA 98502
Telephone: (360) 352-4763
Fax: (360) 352-4768
E-mail: hjmcg@qwest.net

LIMINE ORDER - 2

The Law Office of
HUGH J. McGAVICK
1722 Harrison Ave NW, Ste D
Olympia WA 98502
(360) 352-4763
FAX (360) 352-4768