# United States District Court

## WESTERN DISTRICT OF WASHINGTON

RICHARD E STROUPE, II

               Plaintiff,

   v.

ROBERT KRASNICAN, et al.,

               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C04-5626JKA

___✓___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**The jury found in favor of all the defendants.**

November 30, 2006
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk