1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD E. STROUPE, II,

        Plaintiff,

    v.

THE CITY OF OLYMPIA, et al,

        Defendants.

Case No.  C04-5626JKA

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

    It is the order of the Court that the Jury in the above captioned case be committed to the custody of a duly sworn bailiff, and the Clerk, U.S. District Court, is ordered to pay for the meals of said Jurors at the expense of the United States Courts.

    The foregoing Minute Order entered by _____/s/ Allyson P. Swan_____, Deputy Clerk, this 27th day of November, 2006.

MINUTE ORDER
Page - 1